IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN FLETCHER and GARRETT FLETCHER, <br><br> Plaintiffs, <br><br> v. <br><br> JIA433SDF and THE INDIVIDUALS AND ENTITIES OPERATING JIA433SDF, <br><br> Defendants. | Case No. 24 C 589 <br><br> **Hon. LaShonda A. Hunt** <br><br> **Magistrate Judge Maria Valdez** |

**ORDER AUTHORIZING EXPEDITED DISCOVERY**

THIS CAUSE being before the Court on Plaintiffs Bryan Fletcher's and Garrett Fletcher's (together, "Plaintiffs") Motion for Expedited Discovery [14] (the "Motion") against jia433sdf and the Individuals and Entities Operating jia433sdf ("Defendants") identified in Schedule A to the Amended Complaint (the "Seller Alias"), and this Court having reviewed the motion and other related filings GRANTS Plaintiffs' Motion as follows.

Accordingly, this Court orders that:

1. Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defendants in connection with the Online Marketplace: wish.com/merchant/5e69e66c5098721140ad86b1, including but not limited to, ContextLogic Inc. d/b/a Wish.com ("Wish.com") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their Online Marketplace.

DATED: 2/7/24                                     ENTERED:

*LaShonda A. Hunt*
LaShonda A. Hunt
United States District Judge